### GIBBS, administrator, *v.* GIBBS *et al.*

GILBERT, J. None of the grounds of the motion for a new trial show reversible error; nor are the questions there raised of such novelty as to render a discussion of them profitable.

*Judgment on the main bill of exceptions affirmed. Cross-bill of exceptions dismissed. All the Justices concur.*

Nos. 2665, 2717. FEBRUARY 14, 1922.

Equitable petition. Before Judge Gower. Ben Hill superior court. May 17, 1921.

*Eldridge Cutts* and *Wall & Grantham,* for plaintiff in error. *A. J. & J. C. McDonald,* contra.